STEVEN F. GRUEL (CSBN 213148)

315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone Number (415) 989-1253
Fax Number (415) 449-3622
attystevengruel@sbcglobal.net

Attorney for Tony Mei

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>Vs.<br><br>TONY MEI and JOHNNY WONG,<br><br>    Defendants. | No. CR-13-0517-WHO<br><br>STIPULATION AND ORDER CONTINUING HEARING DATE FROM OCTOBER 24, 2013 TO DECEMBER 12, 2013<br>-and-<br><br>FINDING OF EXCLUDABLE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Excludable Time / Speedy Trial Act<br>Title 18 U.S.C. Section 3161 |

  Defendants Tony Mei and Johnny Wong, by their Counsel, Steven F. Gruel and Paul Nathan, and the United States of American, by its Counsel, Assistant United States Attorney Damali Taylor, hereby respectfully requests that that the court date currently scheduled for October 24, 2013, be continued to December 12, 2013, or as soon thereafter as is convenient for the Court. The good cause for this request is due to defense counsel for Tony Mei begins a six week jury trial before the Honorable Jeffrey S. White on October 23, 2013. Additionally, defense counsel

*Stipulation and [Proposed] Order Continuing Hearing Date*
*And Finding of Excludable Time*

are continuing to investigate the case and review government discovery so as to effectively prepare for this matter.

The government does not oppose this defense request.

Predicated on the above, it is also stipulated that the need for continuity of counsel and the effective preparation of counsel provide grounds for a finding of excludable time under the Speedy Trial Act (Title 18, United States Code, Section 3161) until December 12, 2013.

SO STIPULATED.

Dated: October 22, 2013     /s/
                            STEVEN F. GRUEL
                            Attorney for Tony Mei

Dated: October 22, 2013     /s/
                            PAUL NATHAN
                            Attorney for Johnny Wong

Dated: October 22, 201      /s/
                            DAMALI TAYLOR
                            Assistant United States Attorney

## ORDER

PREDICATED on the above Stipulation, the hearing date is continued from October 24, 2013 to December 12, 2013. Furthermore, predicated upon the good cause as stipulated above, a finding of excludable time until December 12, 2013 is determined in accordance with Title 18, United States Code, Section 3161 for continuity and effectiveness preparation of counsel.

IT IS SO ORDERED.

Dated: October 23, 2013     [signature]
                            HONORABLE WILLIAM H. ORRICK
                            United States District Court Judge

*Stipulation and [Proposed] Order Continuing Hearing Date*
*And Finding of Excludable Time*