PAUL HENRY NATHAN SBN: 262697
**LAW OFFICES OF PAUL H. NATHAN**
*A Professional Corporation*
540 Pacific Avenue
San Francisco, CA 94133
Telephone:          415-341-1144
Facsimile:           415-341-1155
Electronic mail:    paulnathan@nathanlawoffices.com

Attorney for Defendant
JOHNNY WONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                           )<br>            Plaintiff,                              )<br>                                                           )<br>      Vs.                                            )<br>                                                           )<br> TONY MEI and JOHNNY WONG,  )<br>                                                           )<br>            Defendants.                         )<br>                                                           )<br>                                                           )<br>                                                           )<br>                                                           )<br>_____/ | No. CR-13-0517-WHO<br><br>STIPULATION AND'ORDER CONTINUING HEARING DATE FROM FEBRUARY 5, 2014, TO APRIL 24, 2014,<br><br>-and-<br><br> FINDING OF EXCLUDABLE TIME UNDER THE SPEEDY TRIAL ACT<br><br><br>Excludable Time / Speedy Trial Act<br>Title 18 U.S.C. Section  3161 |

     Defendants Tony Mei and Johnny Wong, by their Counsel, Steven F. Gruel and Paul Nathan, and the United States of American, by its Counsel, Assistant United States Attorney Damali Taylor, hereby respectfully requests that that the court date currently scheduled for February 5th, 2014, be continued to April 24th, 2014, or as soon thereafter as is convenient for the Court.  The good cause for this request is due to defense counsel Paul Nathan just learned of a family emergency which will make him unavailable on February 5th, 2014. Additionally, defense counsel are continuing to investigate the case and review government discovery so as to

*Stipulation and [Proposed] Order Continuing Hearing Date*
*And Finding of Excludable Time*

effectively prepare for this matter.  Furthermore, the parties are or will be attempting to resolve this matter in the meantime.

The government does not oppose this defense request.

Predicated on the above, it is also stipulated that the need for continuity of counsel and the effective preparation of counsel provide grounds for a finding of excludable time under the Speedy Trial Act (Title 18, United States Code, Section 3161) until April 24th, 2014.

SO STIPULATED.

Dated: January 30, 2014        ___/s/_____
                                STEVEN F. GRUEL
                                Attorney for Tony Mei

Dated: January 30, 2014        ___/s/_____
                                PAUL NATHAN
                                Attorney for Johnny Wong

Dated: January 30, 2014        ___/s/_____
                                DAMALI TAYLOR
                                Assistant United States Attorney

### [PROPOSED] ORDER

PREDICATED on the above Stipulation, the hearing date is continued from October 24, 2013 to February 5th, 2014.  Furthermore, predicated upon the good cause as stipulated above, a finding of excludable time until April 24th, 2014, is determined in accordance with Title 18, United States Code, Section 3161 for continuity and effectiveness preparation of counsel.

IT IS SO ORDERED.

Dated:  2/3/2014                 _____
                                HONORABLE WILLIAM H. ORRICK
                                United States District Court Judge

*Stipulation and [Proposed] Order Continuing Hearing Date*
*And Finding of Excludable Time*